DocuSign Envelope ID: 4340CA1E-A7C4-4167-8313-50F9F5B9B033

# Statement And Acknowledgment

**OMB Control Number:  9000-0066**
**Expiration Date:  5/31/2025**

## Part I - Statement Of Prime Contractor

| 1. Prime Contract Number | 2. Date Subcontract Awarded | 3. Subcontract Number |
|---|---|---|
| 24700-0473R | | N/A |

| 4. Prime Contractor | 5. Subcontractor |
|---|---|
| a. Name<br>Cherokee Nation Environmental Solutions, LLC | a. Name<br>Cabling Concepts Inc. |
| b. Street Address<br>10838 E Marshall St # 220D | b. Street Address<br>403 Wimbledon Rd |

| c. City | d. State | e. ZIP Code | c. City | d. State | e. ZIP Code |
|---|---|---|---|---|---|
| Tulsa | OK | 74116-5682 | Edmond | OK | 73003 |

6. The prime contract  [X] does,  [ ] does not contain the clause entitled "Contract Work Hours and Safety Standards Act -- Overtime Compensation."

7. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on the date shown in Item 2 to the subcontractor identified in Item 5 by the following firm:

a. Name Of Awarding Firm

Cherokee Nation Environmental Solutions, LLC

b. Description Of Work By Subcontractor

Installation of fiber optic cabling and equipment under section 27 10 00.
Installation of paging cabling and equipment under section 27 51 16.
Installation of CATV cabling and equipment under section 27 05 13.
Installation of rack equipment and wire tray in server rooms 113 and 122 under sections 27 10 00, 27 51 16 ,and 27 05 13.

| 8. Project | 9. Location |
|---|---|
| Tinker WAG SCIF Project | Tinker AFB, OK |

| 10a. Name Of Person Signing<br>Taj Good Paster | 11. By (Signature)<br>DocuSigned by: *Taj Goodpaster* E1375DE8A86648D... | 12. Date Signed<br>04/18/2024 |
|---|---|---|
| 10b. Title Of Person Signing<br>Operations General Manager | | |

## Part II - Acknowledgment Of Subcontractor

13. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

Contract Work Hours and Safety Standards Act - Overtime Compensation (If included in prime contract see Block 6)
Payrolls and Basic Records
Withholding of Funds
Disputes Concerning Labor Standards
Compliance with Construction Wage Rate Requirements and Related Regulations

Construction Wage Rate Requirements
Apprentices and Trainees
Compliance with Copeland Act Requirements
Subcontracts (Labor Standards)
Contract Termination - Debarment
Certification of Eligibility

Authorized For Local Reproduction
Previous Edition Is Not Usable

**STANDARD FORM 1413 (REV. 10/2023)**
Prescribed by GSA - FAR (48 CFR) 53.222(e)

CCI EXHIBIT 1

DocuSign Envelope ID: 4340CA1E-A7C4-4167-8313-50F9F5B9B033

14. Name(s) Of Any Intermediate Subcontractors, If Any

| A | Cherokee Federal | C | |
|---|---|---|---|
| B | | D | |

| 15a. Name Of Person Signing | 16. By (Signature) | 17. Date Signed |
|---|---|---|
| Mark Buchholz | | |
| 15b. Title Of Person Signing | | 07/02/24 |
| President of Cabling Concepts Inc. | | |

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0066. We estimate that it will take .05 hours to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

CABLING CONCEPTS 000719