**Cherokee Nation**
ENVIRONMENTAL SOLUTIONS

# CONSTRUCTION SUBCONTRACT AGREEMENT

| | |
|---|---|
| **CONTRACTOR:** <br> **Cherokee Nation Environmental Solutions LLC** <br><br> **ADDRESS:** <br> **10838 E. Marshall St., Suite 220D** <br> **Tulsa, OK, 74116** | **SUBCONTRACT NO.:  24700-0501** <br><br> **SUBCONTRACT TYPE:  Firm Fixed Price – Labor Only Phase I** <br><br> **NAICS NO.:  236220** <br><br> **PRIME CONTRACT NAME:  Tinker WAG SCIF Project** <br><br> **PRIME CONTRACT NO.:  24700-0473R** |
| **SUBCONTRACTOR:** <br> **Unlimited Contractors LLC** <br><br> **ADDRESS:** <br> **84 Yocum Rd.** <br> **Rogers, AR 72756** | **TOTAL NEGOTIATED AMOUNT:  $2,000,000.00** <br> **TOTAL EXERCISED AMOUNT:  $2,000,000.00** <br> **TOTAL FUNDED AMOUNT: $2,000,000.00** <br><br> **PERIOD OF PERFORMANCE:  02/13/2023 through 10/31/2023** <br> **BASE PERIOD: 02/13/2023 through 10/31/2023** <br> **OPTION PERIOD(S):  N/A** |

**THIS SUBCONTRACT AGREEMENT** ("Subcontract"), effective as of **02/13/2023** ("Effective Date"), is entered into between **Cherokee Nation Environmental Solutions LLC** ("**CONTRACTOR**"), a limited liability corporation organized in the Cherokee Nation and **Unlimited Contractors LLC ("SUBCONTRACTOR")**, a limited liability company organized in the State of Arkansas. CONTRACTOR and SUBCONTRACTOR may be referred to herein individually as a "Party" or collectively as the "Parties". Capitalized terms used herein without definition shall have the meaning ascribed to them in the Prime Contract (as defined below).

**WHEREAS**, CONTRACTOR has entered into a contractual agreement with the **CF2 CONSTRUCTION** (the "Client" or "Government"), Contract Number **24700-0473R** (the "Prime Contract");

**WHEREAS**, CONTRACTOR and SUBCONTRACTOR desire to enter into an agreement pursuant to which CONTRACTOR will retain the services of SUBCONTRACTOR, and SUBCONTRACTOR will agree to furnish its services to CONTRACTOR in connection with the engagement ("the Services") as a subcontractor to CONTRACTOR under the Prime Contract; and

**WHEREAS**, This Subcontract contains the following Attachments that are attached hereto and made a part hereof: **A.** Statement of Work; **B.** Attachments from Prime Contract; **C.** Subcontractor's Fixed Price and Key Personnel; **D.** Invoicing Requirements and Sample Application for Payment **E.** Flowdown Terms and Conditions; **F.** Insurance; **G.** Certifications and Representations; **H**. Standard Form 1413; **I.** Proposed list of Sub-Subcontractors and Vendors; **J.** Interim Lien Waiver and Release; **K.** Final Lien Waiver and Release; **L.** Allowable Costs; **M.** Sample Subcontractor Daily Report; **N.** Proposed Change Order Form.

**IN WITNESS WHEREOF**, the Parties hereto have caused this Subcontract to be executed on the dates shown and effective as of the Effective Date. In performance of this Subcontract, the Parties mutually agree to the terms and conditions and exhibits contained herein. Each Party acknowledges having; (1) read this entire Subcontract (2) the full power and authority to execute this Subcontract and (3) certifies it is not presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency by their duly authorized representatives.

The Parties acknowledge and agree that this Subcontract may be executed via facsimile or other electronic media signatures and in one or more counterparts, each of which shall be deemed to be originals for all purposes, but all of which together shall constitute one and the same Subcontract.

**CCI EXHIBIT 2**

**CHEROKEE NATION**
ENVIRONMENTAL SOLUTIONS

Cherokee Nation Environmental Solutions LLC

Signature: _Taj Goodpaster_
DocuSigned by:
E1375DE8A80048D...

Name: _Taj Goodpaster_

Title: _Operations General Manager_

Date: _3/14/2023 | 9:27 CDT_

Unlimited Contractors LLC

Signature: _Anthony Auxier_
DocuSigned by:
2CCCD4FAEA1140A...

Name: _Anthony Auxier_

Title: _Owner_

Date: _3/14/2023 | 9:21 CDT_

Subcontractor:  Unlimited Contractors LLC
Subcontract No.:  24700-0501                                                                Page **2** of **78**

DocuSign Envelope ID: 2722A767-54B1-4A65-8F19-05CC3E054921

**Cherokee Nation**
ENVIRONMENTAL SOLUTIONS

# CONSTRUCTION SUBCONTRACT AGREEMENT

| | |
|---|---|
| **CONTRACTOR:** <br> **Cherokee Nation Environmental Solutions LLC** <br><br> **ADDRESS:** <br> **10838 E. Marshall St., Suite 220D** <br> **Tulsa, OK,74116** | **SUBCONTRACT NO.:  24700-0505** <br><br> **SUBCONTRACT TYPE:**  Firm Fixed Price – Labor Only Phase II <br><br> **NAICS NO.:**  236220 <br><br> **PRIME CONTRACT NAME:**  Tinker WAG SCIF Project <br><br> **PRIME CONTRACT NO.:**  24700-0473R |
| **SUBCONTRACTOR:** <br> **Unlimited Contractors LLC** <br><br> **ADDRESS:** <br> **84 Yocum Rd.** <br> **Rogers, AR 72756** | **TOTAL NEGOTIATED AMOUNT:  $1,678,803.91** <br> **TOTAL EXERCISED AMOUNT:  $1,678,803.91** <br> **TOTAL FUNDED AMOUNT: $1,678,803.91** <br><br> **PERIOD OF PERFORMANCE:  10/31/2023 through 03/31/2024** <br> **BASE PERIOD:  10/31/2023 through 03/31/2024** <br> **OPTION PERIOD(S):  N/A** |

**THIS SUBCONTRACT AGREEMENT** ("Subcontract"), effective as of **02/13/2023** ("Effective Date"), is entered into between **Cherokee Nation Environmental Solutions LLC** ("**CONTRACTOR**"), a limited liability corporation organized in the Cherokee Nation and **Unlimited Contractors LLC ("SUBCONTRACTOR")**, a limited liability company organized in the State of Arkansas. CONTRACTOR and SUBCONTRACTOR may be referred to herein individually as a "Party" or collectively as the "Parties". Capitalized terms used herein without definition shall have the meaning ascribed to them in the Prime Contract (as defined below).

**WHEREAS**, CONTRACTOR has entered into a contractual agreement with the **CF2 CONSTRUCTION** (the "Client" or "Government"), Contract Number **24700-0473R** (the "Prime Contract");

**WHEREAS**, CONTRACTOR and SUBCONTRACTOR desire to enter into an agreement pursuant to which CONTRACTOR will retain the services of SUBCONTRACTOR, and SUBCONTRACTOR will agree to furnish its services to CONTRACTOR in connection with the engagement ("the Services") as a subcontractor to CONTRACTOR under the Prime Contract; and

**WHEREAS**, This Subcontract contains the following Attachments that are attached hereto and made a part hereof: **A.** Statement of Work; **B.** Attachments from Prime Contract; **C.** Subcontractor's Fixed Price and Key Personnel; **D.** Invoicing Requirements and Sample Application for Payment **E.** Flowdown Terms and Conditions; **F.** Insurance; **G.** Certifications and Representations; **H**. Standard Form 1413; **I.** Proposed list of Sub-Subcontractors and Vendors; **J.** Interim Lien Waiver and Release; **K.** Final Lien Waiver and Release; **L.** Allowable Costs; **M.** Sample Subcontractor Daily Report; **N.** Proposed Change Order Form.

**IN WITNESS WHEREOF**, the Parties hereto have caused this Subcontract to be executed on the dates shown and effective as of the Effective Date. In performance of this Subcontract, the Parties mutually agree to the terms and conditions and exhibits contained herein. Each Party acknowledges having; (1) read this entire Subcontract (2) the full power and authority to execute this Subcontract and (3) certifies it is not presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency by their duly authorized representatives.

The Parties acknowledge and agree that this Subcontract may be executed via facsimile or other electronic media signatures and in one or more counterparts, each of which shall be deemed to be originals for all purposes, but all of which together shall constitute one and the same Subcontract.

DocuSign Envelope ID: 2722A767-54B1-4A65-8F19-05CC3E054921

Cherokee Nation Environmental Solutions LLC

Signature: Taj Goodpaster

Name: Taj Goodpaster

Title: Operations General Manager

Date: 3/13/2023 | 4:05 CDT

Unlimited Contractors LLC

Signature: Anthony Auxier

Name: Anthony Auxier

Title: Owner

Date: 3/13/2023 | 4:02 CDT

Subcontractor:  Unlimited Contractors LLC
Subcontract No.:  24700-0505

**Cherokee Nation**
ENVIRONMENTAL SOLUTIONS

# CONSTRUCTION SUBCONTRACT AGREEMENT

| | |
|---|---|
| **CONTRACTOR:** <br> **Cherokee Nation Environmental Solutions LLC** <br><br> **ADDRESS:** <br> **10838 E. Marshall St., Suite 220D** <br> **Tulsa, OK 74116** | **SUBCONTRACT NO.:  24700-0502** <br><br> **SUBCONTRACT TYPE:**   Firm Fixed Price – Materials & Equipment <br><br> **NAICS NO.:  236220** <br><br> **PRIME CONTRACT NAME:**  Tinker WAG SCIF Project <br><br> **PRIME CONTRACT NO.:  24700-0473R** |
| **SUBCONTRACTOR:** <br> **Unlimited Contractors LLC** <br><br> **ADDRESS:** <br> **84 Yocum Rd.** <br> **Rogers, AR 72756** | **TOTAL NEGOTIATED AMOUNT: $4,894,473.09** <br> **TOTAL EXERCISED AMOUNT: $4,894,473.09** <br> **TOTAL FUNDED AMOUNT: $4,894,473.09** <br><br> **PERIOD OF PERFORMANCE:  02/13/2023 through 03/31/2024** <br> **BASE PERIOD:  02/13/2023 through 03/31/2024** <br> **OPTION PERIOD(S):  N/A** |

**THIS SUBCONTRACT AGREEMENT** ("Subcontract"), effective as of **02/13/2023** ("Effective Date"), is entered into between **Cherokee Nation Environmental Solutions, LLC.** ("**CONTRACTOR**"), a limited liability corporation organized in the Cherokee Nation and **Unlimited Contractors LLC ("SUBCONTRACTOR")**, a limited liability company organized in the State of Arkansas. CONTRACTOR and SUBCONTRACTOR may be referred to herein individually as a "Party" or collectively as the "Parties". Capitalized terms used herein without definition shall have the meaning ascribed to them in the Prime Contract (as defined below).

**WHEREAS**, CONTRACTOR has entered into a contractual agreement with the **CF2 CONSTRUCTION** (the "Client" or "Government"), Contract Number **24700-0473R** (the "Prime Contract");

**WHEREAS**, CONTRACTOR and SUBCONTRACTOR desire to enter into an agreement pursuant to which CONTRACTOR will retain the services of SUBCONTRACTOR, and SUBCONTRACTOR will agree to furnish its services to CONTRACTOR in connection with the engagement ("the Services") as a subcontractor to CONTRACTOR under the Prime Contract; and

**WHEREAS**, This Subcontract contains the following Attachments that are attached hereto and made a part hereof: **A.** Statement of Work; **B.** Attachments from Prime Contract; **C.** Subcontractor's Fixed Price and Key Personnel; **D.** Invoicing Requirements and Sample Application for Payment **E.** Flowdown Terms and Conditions; **F.** Insurance; **G.** Certifications and Representations; **H**. Standard Form 1413; **I.** Proposed list of Sub-Subcontractors and Vendors; **J.** Interim Lien Waiver and Release; **K.** Final Lien Waiver and Release; **L.** Allowable Costs; **M.** Sample Subcontractor Daily Report; **N.** Proposed Change Order Form.

**IN WITNESS WHEREOF**, the Parties hereto have caused this Subcontract to be executed on the dates shown and effective as of the Effective Date. In performance of this Subcontract, the Parties mutually agree to the terms and conditions and exhibits contained herein. Each Party acknowledges having; (1) read this entire Subcontract (2) the full power and authority to execute this Subcontract and (3) certifies it is not presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency by their duly authorized representatives.

The Parties acknowledge and agree that this Subcontract may be executed via facsimile or other electronic media signatures and in one or more counterparts, each of which shall be deemed to be originals for all purposes, but all of which together shall constitute one and the same Subcontract.

**CHEROKEE NATION**
**ENVIRONMENTAL SOLUTIONS**

Cherokee Nation Environmental Solutions LLC

Signature: _Taj Goodpaster_
          DocuSigned by:
          E1375DE8A86648D...

Name: _Taj Goodpaster_

Title: _Operations General Manager_

Date: _3/14/2023 | 9:51 CDT_

Unlimited Contractors LLC

Signature: _Anthony Auxier_
          DocuSigned by:
          2CCCD4FAEA1140A...

Name: _Anthony Auxier_

Title: _Owner_

Date: _3/14/2023 | 9:37 CDT_

Subcontractor:  Unlimited Contractors LLC
Subcontract No.:  24700-0502                                              Page **2** of **77**