

**403 Wimbledon, Edmond Ok. 73003**
**405-340-3200**
**Okla St. Linc #1453**

**Reference: Tinker AFP Bldg 9201 Phase #3**

*03/08/2024*

On behalf of Cabling Concepts, I would like to express our sincere gratitude for the opportunity to present our proposal for this project. At Cabling Concepts, we take great pride in our commitment to producing high-quality work in a timely manner. Our team is dedicated to ensuring that every aspect of this project is completed to the highest standards, and we understand the importance of delivering results that not only meet but exceed expectations.

We will provide consistent and reliable service, and as part of our commitment, we will ensure prompt issuance of work orders and transparent communication on project progress. Our goal is that every aspect of this project is managed efficiently, with a focus on completing the project within a timely manner.

Enclosed with this letter is our proposal covering telecommunications, CATV, and paging solutions tailored to meet the specific needs of this project. We believe that our proposal reflects the careful consideration we have given to the requirements, and we are confident in our ability to deliver solutions that align with this project.

Should you have any questions or require further clarification on any aspect of our proposal, please do not hesitate to contact us. We are more than willing to provide additional information and address any concerns you may have.

Once again, thank you for considering Cabling Concepts for this opportunity. We look forward to the possibility of working together and contributing to the success of this project.

Sincerely,

Mark Buchholz
President
Cabling Concepts Inc.



CCI
EXHIBIT 3



4/5/2024

This Proposal is for The Tinker AFB Building 9201 AFLCMC Facility. Cabling Concepts Inc. in accordance with the plans and specifications provided is generally to install a fiber optic telecommunications system, data service room cabinets and ladder rack support system, CATV network with interface, and a public address system with emergency override. This is to include all equipment and material listed in the bill of material provided with this document.

1. All proposed work will be conducted during normal hours of Monday through Friday, 7:00 am - 4:00 pm, less any government listed Holidays or shutdowns.

2. All installed systems will be installed per manufacturer's specifications in conjunction with the specifications provided by the governing entity.

3. In the provision for installation of conduit, junction boxes, fittings, cable trays, dividers, supports, wall penetrations and other installation materials is the responsibility of the electrical contractor unless specifically listed in the Cabling Concepts Inc. supplied Bill of Materials. The electrical contractor will provide all spacers and clean junctions with minimum elevation changes for all cable trays outside the server room. The electrical contractor will provide debris free conduits to avoid damage to the cabling system.

4. Unlimited Contractors will provide a secured staging and storage area for project-related materials. One 40' Con-ex storage unit and One 40' Con-ex with Office and Storage to be used only by Cabling Concepts Inc. personnel until the completion of the project or no longer needed.

5. Unlimited Contractors will provide one small form 19" Scissor Lift for exclusive use.

6. Material delivered onsite remains the property of Cabling Concepts Inc. until material invoice payment is received in full.

7. Payment for job material and equipment delivered to the job location will be paid the same calendar day that Unlimited Contractors LLC receives disbursement from Cherokee Federal. All pay apps are due on the 19th of each month to Unlimited Contractors LLC.

8. Proposal includes any applicable taxes.

9. Cabling Concepts, Inc. shall in no event be liable for special, indirect, incidental, or consequential damages, including loss, loss of use, or loss of profits, if other parties cause any damage to work performed or job materials. Any damage caused by other parties will be repaired and billed at a rate of $150 an hour plus the cost of materials needed.

10. This Proposal is subject to the parties entering into a final subcontractors agreement.

11. It is acknowledged that due to specialty items and other matters outside the control of Cabling Concepts Inc. that there may be supply-chain and shipping delays that may result in unavoidable delays in deliveries of materials and production. All efforts will be made by Cabling Concepts Inc. and its suppliers to avoid and

minimize such delays. The customer agrees to provide Cabling Concepts Inc. with reasonable extensions of time to the extent of any delays.

12. Cabling Concepts Inc. will maintain full workers compensation insurance and will carry $2,000,000.00 general liability insurance at all times, $1,000,000.00 on Vehicle coverage

13. Cabling Concepts Inc. will not be providing any Bonds or Escrows on this project.

This agreement pricing is broken in two parts, for the labor and the material. The below signed parties agree to the pricing and scope pending a final subcontractors agreement.

| Material: One Million Dollars and Zero Cents | $1,000,000.00 |
| Labor: Seven Hundred Thousand and Zero Cents | $700,000.00 |
| Total Contract | $1,700,000.00 |

Submitted By;

Agreed By;

_____

4/5/2024

Date _04-5-24_

Mark E. Buchholz
President
Cabling Concepts Inc.

Name;

_Director of Operations_
Position;

_____