

**403 Wimbledon Dr**
**OK 73003**

# Invoice

| Date | Invoice # |
|---|---|
| 1/8/2025 | 35074967 |
| Due Date | |
| 1/8/2025 | |

**CELEBRATING 20 YEARS OF SERVICE**

**DUE ON RECEIPT**

| Bill To |
|---|
| Unlimited Contractors, LLC<br>2709 SE Otis Corley Dr<br>Bentonville, AR  72712-3864 |

| P.O. No. | Terms | Rep | Ordered by |
|---|---|---|---|
| Tinker AFB 9201 La... | Due on receipt | MEB | CHRIS DODSON |

| Description | Est Amt | Prior % | Total % | Curr % | Amount |
|---|---|---|---|---|---|
| Labor Draw 11/24 | | | | | |
| | | | | | |
| (10) - CCOM1000 - AREA  A - INSTALL CABLE OUTLETS | 15,000.00 | | 100.00% | 100.00% | 15,000.00 |
| (11) - CCOM1010 - AREA  B - INSTALL CABLE OUTLETS | 15,000.00 | | 0.00% | 0.00% | 0.00 |
| (12) - CCOM1020 - AREA  C - INSTALL CABLE OUTLETS | 15,000.00 | | 0.00% | 0.00% | 0.00 |
| (13) - CCOM1030 - AREA  D - INSTALL CABLE OUTLETS | 15,000.00 | | 0.00% | 0.00% | 0.00 |
| | | | | | |
| (14) - CCOM 1050 - INSTALL COMM RACKS-COMM RM#122 ****NOT PAID**** | 68,459.65 | | 95.00% | 95.00% | 65,036.67 |
| (15) - CCOM 1051 - INSTALL CONDUIT-COMM RM#122 | 85,000.00 | 75.00% | 75.00% | 0.00% | 0.00 |
| (16) - CCOM 1052 - INSTALL SUPPORT SYS-COMM RM#122 | 75,000.00 | 50.00% | 50.00% | 0.00% | 0.00 |
| (17) - CCOM 1053 - SET ELEC SUBPANELS-COMM RM#122 | 115,000.00 | 100.00% | 100.00% | 0.00% | 0.00 |
| (18) - CCOM 1054 - PULL PRIM. CONDUCT-COMM RM#122 | 65,000.00 | | 100.00% | 100.00% | 65,000.00 |
| (19) - CCOM 1055 - TEST-COMM RM#122 | 50,000.00 | | 0.00% | 0.00% | 0.00 |
| | | | | | |
| (20) - CCOM1060 - AREA - A  INSTALL LV CABLE TRAY | 35,000.00 | 100.00% | 100.00% | 0.00% | 0.00 |
| (21) - CCOM1070 - AREA - A  INSTALL COMM DEVICES | 3,253.61 | | 0.00% | 0.00% | 0.00 |
| (22) - CCOM1080 - AREA - A  PULL LV COMM WIRE | 29,750.00 | 100.00% | 100.00% | 0.00% | 0.00 |
| | | | | | |
| (23) - CCOM1090 - AREA - D INSTALL LV CABLE TRAY | 35,000.00 | | 0.00% | 0.00% | 0.00 |
| (24) - CCOM1100 - AREA - D INSTALL COMM DEVICES | 3,253.61 | | 0.00% | 0.00% | 0.00 |
| (25) - CCOM1110 - AREA -  D PULL LV COMM WIRE | 29,750.00 | | 0.00% | 0.00% | 0.00 |
| | | | | | |
| (26) - CCOM1120 - AREA - C INSTALL LV CABLE TRAY | 35,000.00 | 100.00% | 100.00% | 0.00% | 0.00 |
| (27) - CCOM1130 - AREA - C INSTALL COMM DEVICES | 3,253.61 | | 0.00% | 0.00% | 0.00 |

Thank you for allowing us the opportunity to work with you on this project.

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax  (8.625%)** | |
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**CCI EXHIBIT 6**



403 Wimbledon Dr
OK 73003

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/8/2025 | 35074967 |

| Due Date |
|----------|
| 1/8/2025 |

**CELEBRATING 20 YEARS OF SERVICE**

**DUE ON RECEIPT**

**Bill To**

Unlimited Contractors, LLC
2709 SE Otis Corley Dr
Bentonville, AR  72712-3864

| P.O. No. | Terms | Rep | Ordered by |
|----------|-------|-----|------------|
| Tinker AFB 9201 La... | Due on receipt | MEB | CHRIS DODSON |

| Description | Est Amt | Prior % | Total % | Curr % | Amount |
|-------------|---------|---------|---------|--------|--------|
| (28) - CCOM1140 - AREA -  C PULL LV COMM WIRE | 29,750.00 | | 0.00% | 0.00% | 0.00 |
| (29) - CCOM1150 - AREA - B INSTALL LV CABLE TRAY | 35,000.00 | 100.00% | 100.00% | 0.00% | 0.00 |
| (30) - CCOM1160 - AREA - B INSTALL COMM DEVICES | 3,253.61 | | 0.00% | 0.00% | 0.00 |
| (31) - CCOM1170 - AREA - B PULL LV COMM WIRE | 29,750.00 | | 0.00% | 0.00% | 0.00 |
| (32) - CCOM1210 - PUNCH COMM RACKS - COMM RM#122 | 26,426.84 | | 0.00% | 0.00% | 0.00 |
| (33) - CCOM1220 - GROUNDING/BONDING - COMM RM #122 | 65,000.00 | | 0.00% | 0.00% | 0.00 |

Thank you for allowing us the opportunity to work with you on this project.

| | |
|---|---|
| **Subtotal** | $145,036.67 |
| **Sales Tax  (8.625%)** | $0.00 |
| **Total** | $145,036.67 |
| **Payments/Credits** | -$80,000.00 |
| **Balance Due** | $65,036.67 |

405.340.3200
billing@cabling-concepts.com



**CABLING CONCEPTS INC.**

403 Wimbledon Dr
OK 73003

# Invoice

| Date | Invoice # |
|---|---|
| 1/13/2025 | 35074968 |

| Due Date |
|---|
| 1/13/2025 |

**CELEBRATING 20 YEARS OF SERVICE**

**DUE ON RECEIPT**

**Bill To**

Unlimited Contractors, LLC
2709 SE Otis Corley Dr
Bentonville, AR  72712-3864

| P.O. No. | Terms | Rep | Ordered by |
|---|---|---|---|
| Tinker AFB 9201 La... | Due on receipt | MEB | CHRIS DODSON |

| Description | Est Amt | Prior % | Total % | Curr % | Amount |
|---|---|---|---|---|---|
| Labor Draw 12/24 | | | | | |
| | | | | | |
| (10) - CCOM1000 - AREA  A - INSTALL CABLE OUTLETS | 15,000.00 | 100.00% | 100.00% | 0.00% | 0.00 |
| (11) - CCOM1010 - AREA  B - INSTALL CABLE OUTLETS | 15,000.00 | | 0.00% | 0.00% | 0.00 |
| (12) - CCOM1020 - AREA  C - INSTALL CABLE OUTLETS | 15,000.00 | | 0.00% | 0.00% | 0.00 |
| (13) - CCOM1030 - AREA  D - INSTALL CABLE OUTLETS | 15,000.00 | | 0.00% | 0.00% | 0.00 |
| | | | | | |
| (14) - CCOM 1050 - INSTALL COMM RACKS-COMM RM#122 | 68,459.65 | 95.00% | 100.00% | 5.00% | 3,422.98 |
| (15) - CCOM 1051 - INSTALL CONDUIT-COMM RM#122 | 85,000.00 | 75.00% | 100.00% | 25.00% | 21,250.00 |
| (16) - CCOM 1052 - INSTALL SUPPORT SYS-COMM RM#122 | 75,000.00 | 50.00% | 100.00% | 50.00% | 37,500.00 |
| (17) - CCOM 1053 - SET ELEC SUBPANELS-COMM RM#122 | 115,000.00 | 100.00% | 100.00% | 0.00% | 0.00 |
| (18) - CCOM 1054 - PULL PRIM. CONDUCT-COMM RM#122 | 65,000.00 | 100.00% | 100.00% | 0.00% | 0.00 |
| (19) - CCOM 1055 - TEST-COMM RM#122 | 50,000.00 | | 0.00% | 0.00% | 0.00 |
| | | | | | |
| (20) - CCOM1060 - AREA - A  INSTALL LV CABLE TRAY | 35,000.00 | 100.00% | 100.00% | 0.00% | 0.00 |
| (21) - CCOM1070 - AREA - A  INSTALL COMM DEVICES | 3,253.61 | | 0.00% | 0.00% | 0.00 |
| (22) - CCOM1080 - AREA - A  PULL LV COMM WIRE | 29,750.00 | 100.00% | 100.00% | 0.00% | 0.00 |
| | | | | | |
| (23) - CCOM1090 - AREA - D INSTALL LV CABLE TRAY | 35,000.00 | | 100.00% | 100.00% | 35,000.00 |
| (24) - CCOM1100 - AREA - D INSTALL COMM DEVICES | 3,253.61 | | 0.00% | 0.00% | 0.00 |
| (25) - CCOM1110 - AREA -  D PULL LV COMM WIRE | 29,750.00 | | 0.00% | 0.00% | 0.00 |
| | | | | | |
| (26) - CCOM1120 - AREA - C INSTALL LV CABLE TRAY | 35,000.00 | 100.00% | 100.00% | 0.00% | 0.00 |
| (27) - CCOM1130 - AREA - C INSTALL COMM DEVICES | 3,253.61 | | 0.00% | 0.00% | 0.00 |
| (28) - CCOM1140 - AREA -  C PULL LV COMM WIRE | 29,750.00 | | 75.00% | 75.00% | 22,312.50 |

Thank you for allowing us the opportunity to work with you on this project.

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax  (8.625%)** | |
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

405.340.3200
billing@cabling-concepts.com



403 Wimbledon Dr
OK 73003

# Invoice

| Date | Invoice # |
|---|---|
| 1/13/2025 | 35074968 |
| Due Date | |
| 1/13/2025 | |

**CELEBRATING 20 YEARS OF SERVICE**

## DUE ON RECEIPT

**Bill To**

Unlimited Contractors, LLC
2709 SE Otis Corley Dr
Bentonville, AR  72712-3864

| P.O. No. | Terms | Rep | Ordered by |
|---|---|---|---|
| Tinker AFB 9201 La... | Due on receipt | MEB | CHRIS DODSON |

| Description | Est Amt | Prior % | Total % | Curr % | Amount |
|---|---|---|---|---|---|
| (29) - CCOM1150 - AREA - B INSTALL LV CABLE TRAY | 35,000.00 | 100.00% | 100.00% | 0.00% | 0.00 |
| (30) - CCOM1160 - AREA - B INSTALL COMM DEVICES | 3,253.61 | | 0.00% | 0.00% | 0.00 |
| (31) - CCOM1170 - AREA - B PULL LV COMM WIRE | 29,750.00 | | 100.00% | 100.00% | 29,750.00 |
| (32) - CCOM1210 - PUNCH COMM RACKS - COMM RM#122 | 26,426.84 | | 0.00% | 0.00% | 0.00 |
| (33) - CCOM1220 - GROUNDING/BONDING - COMM RM #122 ****PAID $30,000.00 on 1.24.25**** | 65,000.00 | | 100.00% | 100.00% | 65,000.00 |

Thank you for allowing us the opportunity to work with you on this project.

| | |
|---|---|
| **Subtotal** | $214,235.48 |
| **Sales Tax  (8.625%)** | $0.00 |
| **Total** | $214,235.48 |
| **Payments/Credits** | -$30,000.00 |
| **Balance Due** | $184,235.48 |

405.340.3200
billing@cabling-concepts.com



**CABLING CONCEPTS INC.**

403 Wimbledon Dr
OK 73003

# Invoice

| Date | Invoice # |
|---|---|
| 7/7/2025 | 35075013 |

| Due Date |
|---|
| 7/7/2025 |

**CELEBRATING 20 YEARS OF SERVICE**

**DUE ON RECEIPT**

| Bill To |
|---|
| Unlimited Contractors, LLC<br>2709 SE Otis Corley Dr<br>Bentonville, AR  72712-3864 |

| P.O. No. | Terms | Rep | Ordered by |
|---|---|---|---|
| Tinker AFB 9201 La... | Due on receipt | | CHRIS DODSON |

| Description | Est Amt | Prior % | Total % | Curr % | Amount |
|---|---|---|---|---|---|
| Final Invoice for Original Scope - Last Date on site - 7/7/2025 - Project Complete. | | | | | |
| | | | | | |
| (10) - CCOM1000 - AREA  A - INSTALL CABLE OUTLETS | 15,000.00 | 100.00% | 100.00% | 0.00% | 0.00 |
| (11) - CCOM1010 - AREA  B - INSTALL CABLE OUTLETS | 15,000.00 | | 100.00% | 100.00% | 15,000.00 |
| (12) - CCOM1020 - AREA  C - INSTALL CABLE OUTLETS | 15,000.00 | | 100.00% | 100.00% | 15,000.00 |
| (13) - CCOM1030 - AREA  D - INSTALL CABLE OUTLETS | 15,000.00 | | 100.00% | 100.00% | 15,000.00 |
| | | | | | |
| (14) - CCOM 1050 - INSTALL COMM RACKS-COMM RM#122 | 68,459.65 | 100.00% | 100.00% | 0.00% | 0.00 |
| (15) - CCOM 1051 - INSTALL CONDUIT-COMM RM#122 | 85,000.00 | 100.00% | 100.00% | 0.00% | 0.00 |
| (16) - CCOM 1052 - INSTALL SUPPORT SYS-COMM RM#122 | 75,000.00 | 100.00% | 100.00% | 0.00% | 0.00 |
| (17) - CCOM 1053 - SET ELEC SUBPANELS-COMM RM#122 | 115,000.00 | 100.00% | 100.00% | 0.00% | 0.00 |
| (18) - CCOM 1054 - PULL PRIM. CONDUCT-COMM RM#122 | 65,000.00 | 100.00% | 100.00% | 0.00% | 0.00 |
| (19) - CCOM 1055 - TEST-COMM RM#122 | 50,000.00 | | 100.00% | 100.00% | 50,000.00 |
| | | | | | |
| (20) - CCOM1060 - AREA - A  INSTALL LV CABLE TRAY | 35,000.00 | 100.00% | 100.00% | 0.00% | 0.00 |
| (21) - CCOM1070 - AREA - A  INSTALL COMM DEVICES | 3,253.61 | | 100.00% | 100.00% | 3,253.61 |
| (22) - CCOM1080 - AREA - A  PULL LV COMM WIRE | 29,750.00 | 100.00% | 100.00% | 0.00% | 0.00 |
| | | | | | |
| (23) - CCOM1090 - AREA - D INSTALL LV CABLE TRAY | 35,000.00 | 100.00% | 100.00% | 0.00% | 0.00 |
| (24) - CCOM1100 - AREA - D INSTALL COMM DEVICES | 3,253.61 | | 100.00% | 100.00% | 3,253.61 |
| (25) - CCOM1110 - AREA -  D PULL LV COMM WIRE | 29,750.00 | | 100.00% | 100.00% | 29,750.00 |
| | | | | | |
| (26) - CCOM1120 - AREA - C INSTALL LV CABLE TRAY | 35,000.00 | 100.00% | 100.00% | 0.00% | 0.00 |
| (27) - CCOM1130 - AREA - C INSTALL COMM DEVICES | 3,253.61 | | 100.00% | 100.00% | 3,253.61 |

Thank you for allowing us the opportunity to work with you on this project.

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax  (8.625%)** | |
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

405.340.3200
billing@cabling-concepts.com



403 Wimbledon Dr
OK 73003

# Invoice

| Date | Invoice # |
|---|---|
| 7/7/2025 | 35075013 |

| Due Date |
|---|
| 7/7/2025 |

**CELEBRATING 20 YEARS OF SERVICE**

**DUE ON RECEIPT**

| Bill To |
|---|
| Unlimited Contractors, LLC<br>2709 SE Otis Corley Dr<br>Bentonville, AR  72712-3864 |

| P.O. No. | Terms | Rep | Ordered by |
|---|---|---|---|
| Tinker AFB 9201 La... | Due on receipt | | CHRIS DODSON |

| Description | Est Amt | Prior % | Total % | Curr % | Amount |
|---|---|---|---|---|---|
| (28) - CCOM1140 - AREA -  C PULL LV COMM WIRE | 29,750.00 | 75.00% | 100.00% | 25.00% | 7,437.50 |
| (29) - CCOM1150 - AREA - B INSTALL LV CABLE TRAY | 35,000.00 | 100.00% | 100.00% | 0.00% | 0.00 |
| (30) - CCOM1160 - AREA - B INSTALL COMM DEVICES | 3,253.61 | | 100.00% | 100.00% | 3,253.61 |
| (31) - CCOM1170 - AREA - B PULL LV COMM WIRE | 29,750.00 | 100.00% | 100.00% | 0.00% | 0.00 |
| (32) - CCOM1210 - PUNCH COMM RACKS - COMM RM#122 | 26,426.84 | | 100.00% | 100.00% | 26,426.84 |
| (33) - CCOM1220 - GROUNDING/BONDING - COMM RM #122 | 65,000.00 | 100.00% | 100.00% | 0.00% | 0.00 |

Thank you for allowing us the opportunity to work with you on this project.

| | |
|---|---|
| **Subtotal** | $171,628.78 |
| **Sales Tax  (8.625%)** | $0.00 |
| **Total** | $171,628.78 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $171,628.78 |



# Statement

403 Wimbledon Rd.
Edmond, OK  73003

| Date |
|---|
| 7/9/2025 |

**Bill To:**

Unlimited Contractors, LLC
2709 SE Otis Corley Dr
Bentonville, AR  72712-3864

| Amount Due |
|---|
| $420,900.93 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| | Tinker AFB 9201- | | |
| 01/08/2025 | INV #35074967. Due 01/08/2025. Orig. Amount $145,036.67. | 65,036.67 | 65,036.67 |
| 01/13/2025 | INV #35074968. Due 01/13/2025. Orig. Amount $214,235.48. | 184,235.48 | 249,272.15 |
| 07/07/2025 | INV #35075013. Due 07/07/2025. Orig. Amount $171,628.78. | 171,628.78 | 420,900.93 |

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | **Amount Due** |
|---|---|---|---|---|---|
| 0.00 | 171,628.78 | 0.00 | 0.00 | 249,272.15 | $420,900.93 |

| Phone # | E-mail | Web Site |
|---|---|---|
| 405-340-3200 | jennifer@cabling-concepts.com | www.cabling-concepts.com |