**Subject:** Fiber Certifications Approved
**From:** Chris Coffey <chris.coffey@cherokee-federal.com>
**Date:** 7/16/2025, 7:46 AM
**To:** Mark Bucholz <mark@cabling-concepts.com>, Nicholas Withers <nicholas@cabling-concepts.com>
**CC:** Hannah Ferrell <hannah.ferrell@cherokee-federal.com>

See attached.

V/r

Chris Coffey
*Corporate Quality Control Manager /***CONSTRUCTION**
**M: 910.876.7298**


Attachments:

27 10 00-6 Testing Fiber.pdf                                                                          69.5 KB

CCI
EXHIBIT 7

| PROJECT TITLE   B9201 AFLCMC-WAG | DATE | TRANSMITTAL NO. |
|---|---|---|
| LOCATION   Tinker AFB, Oklahoma | 07/09/2025 | 27 10 00-6 |

| Item | Description | Variation | QA Code |
|---|---|---|---|
| 9 | Telecommunications cabling testing | No | A |
| 14 | Factory reel tests | No | A |
| **SECTION III - GOVERNMENT REVIEW REMARKS** | | | |
| No remarks | | | |