**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

THE UNITED STATES OF AMERICA
For the use and benefit of
CABLING CONCEPTS, INC.,
an Oklahoma Corporation

    Plaintiff

    Vs.

(1) CHEROKEE NATION
ENVIRONMENTAL SOLUTIONS, LLC;
(2) CONTI FEDERAL SERVICES, INC.;
(3) CF2 CONSTRUCTION, LLC;
(4) UNLIMITED CONTRACTORS, LLC;
(5) HARCO NATIONAL
INSURANCE COMPANY; and
(6) TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA

CASE NO: 5:26-cv-00236-HE

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT UNLIMITED CONTRACTORS, LLC**

COMES NOW the undersigned counsel, and for their Motion for Leave to Withdraw as Counsel for Defendant Unlimited Contractors, LLC states as follows:

1.    The undersigned attorneys entered their appearances in this matter on behalf of Defendant Unlimited Contractors, LLC.

2.    Counsel no longer desires to represent Defendant. Counsel believes withdrawal can be accomplished without material adverse effect on the interest of Defendant.

3.    Defendant has failed to substantially fulfill an obligation to Counsel regarding Counsel's services to Defendant and has been given reasonable and numerous warnings that Counsel will withdraw unless those obligations are fulfilled.

4.    Counsel stands ready to provide the case file to Defendant.

5.    Defendant has been notified of deadlines and hearing dates in this matter.

6. Defendant has been notified that upon the granting of this Motion, it must promptly retain substitute counsel.

WHEREFORE, the undersigned counsel respectfully requests that this Court grant leave to withdraw as counsel of record, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

UNLIMITED CONTRACTORS, LLC,

By: */s/ Anna Broadaway*
Anna Broadaway | WDOK No. 25-125
RMP LLP
5519 Hackett St., Suite 300
Springdale, AR 72762
P: (479) 443-2705
F: (479) 443-2718
abroadaway@rmp.law

and

By: */s/ Robert B. Sartin*
Robert B Sartin | OK Bar No. 12848
Barrow & Grimm PC
110 W Seventh St, Suite 900
Tulsa, OK 74119-1044
918-584-1600
Fax: 918-585-2444
sartin@bggg.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel on record.

*/s/ Anna Broadaway*
Anna Broadaway