**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

THE UNITED STATES OF AMERICA )
for the use and benefit of CABLING )
CONCEPTS, INC., )
           Plaintiff, )
vs. )     NO. CIV-26-0236-HE
            )
CF2 CONSTRUCTIONS, LLC, ET AL., )
            )
          Defendants. )

**<u>AMENDED ORDER</u>**

The motion of Anna Broadway and Robert Sartin for leave to withdraw as counsel for defendant Unlimited Contractors, LLC [Doc. #43] is **GRANTED**, subject to the condition that papers may continue to be served upon said counsel until new counsel has entered an appearance in the case. New counsel shall appear within thirty (30) days from the date of this order.

Defendant Unlimited Contractors, LLC is a limited liability company which may not proceed *pro se*. *See* L.Cv.R. 17.1. Therefore, the failure of new counsel to appear as directed may result in default judgment being entered against it or in the dismissal of any claims it may assert against others.

    **IT IS SO ORDERED**.

    Dated this 5th day of May, 2026.

                                _____
                                JOE HEATON
                                UNITED STATES DISTRICT JUDGE