| | |
|---|---|
| (1) UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF CABLING CONCEPTS, INC., an Oklahoma Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>(1) CHEROKEE NATION ENVIRONMENTAL SOLUTIONS, L.L.C.;<br><br>(2) CONTI FEDERAL SERVICES, INC. successor in interest to CONTI FEDERAL SERVICES, INC.;<br><br>(3) CF2 CONSTRUCTION;<br><br>(4) UNLIMITED CONTRACTORS, LLC;<br><br>(5) HARCO NATIONAL INSURANCE COMPANY; and<br><br>(6) TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>    Defendants. | Case No. 5:26-cv-00236-HE |

## CHEROKEE NATION ENVIRONMENTAL SOLUTIONS, L.L.C. AND CF2 CONSTRUCTION'S MOTION FOR LEAVE TO ASSERT CROSSCLAIMS AND FILE A THIRD-PARTY COMPLAINT

Defendant Cherokee Nation Environmental Solutions, L.L.C. ("CNES") and CF2 Construction ("CF2") request the Court grant them leave to assert Crossclaims against Unlimited Contractors, LLC ("Unlimited") and grant CNES leave to file a Third-Party Complaint against The Ohio Casualty Insurance Company ("OCIC"). In support thereof, CNES and CF2 allege and state as follows:

1.      On February 10, 2026, Plaintiff filed its Complaint against, *inter alia*, CNES, CF2 and Unlimited. [Doc. 1].

2.      On March 10, 2026, CNES and CF2 filed their Answer. [Doc. 17].

3.      On April 10, 2026, Plaintiff filed its Request for Clerk's Entry of Default as to Defendant Unlimited. [Doc. 28].

4.      Also, on April 10, 2026, Unlimited filed its Answer. [Doc. 31].

5.      Pursuant to the Court's Scheduling Order, the deadline to file motions to amend pleadings or add parties is June 3, 2026.

6.      CNES and CF2 seek leave to assert Crossclaims against Unlimited for breach of contract and indemnification.

7.      Furthermore, CNES seeks leave to add OCIC as a party and to file a Third-Party Complaint against OCIC. OCIC is the surety for Unlimited's payment and performance bonds for the relevant Project that is the subject of this litigation.

8.      Attached hereto as Exhibit 1 are the proposed Crossclaims against Unlimited.

9.      Attached hereto as Exhibit 2 is the proposed Third-Party Complaint against OCIC.

10.     Pursuant to the Federal Rules of Civil Procedure, "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).

11.     Additionally, "[a] defending party may, as third-party plaintiff, serve a summons and complaint on a nonparty who is or may be liable to it for all or part of the claim against it." Fed. R. Civ. P. 14(a)(1).

12.     The proposed Crossclaims against Unlimited and Third-Party Complaint against OCIC are related to facts arising out of and related to the transaction being litigated in this proceeding.

13.     Counsel for Plaintiff does <u>not</u> object to the relief requested herein.

14.     Counsel for Conti and Unlimited did not provide a response as to whether they object to the relief requested herein.

## **PRAYER FOR RELIEF**

WHEREFORE, CNES and CF2 pray the Court grant them leave to assert Crossclaims against Unlimited and grant CNES leave to file a Third-Party Complaint against OCIC and for such other further relief as the Court deems just and proper.

Respectfully submitted,

*/s/ P. Scott Hathaway*
P. Scott Hathaway, OBA #13695
Kayla N. Finnegan, OBA #34651
CONNER & WINTERS, LLP
4100 First Place Tower
15 East 5th Place
Tulsa, Oklahoma 74103
(918) 586-5711
(918) 586-8547 fax
shathaway@cwlaw.com
kfinnegan@cwlaw.com
***Attorneys for Defendants CF2, CNES, Harco, and Travelers***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 21st day of May, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing.   Based on the records on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the ECF registrants of record, namely:

Robert W. Bucholz
Robert B. Sartin
Adam Ron Poliner
Anna Broadaway
Benjamin L. Williams
Jake A. Seidel
Lawrence M. Prosen
Melvin R. McVay, Jr.

/s/ *P. Scott Hathaway*
P. Scott Hathaway